NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENNIS R. RYNO,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2024-1758

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-14-0500-I-5.

---

**JUDGMENT**

---

JONATHAN THEODORE STERNBERG, Jonathan Sternberg, Attorney, P.C., Kansas City, MO, argued for petitioner.

KRISTIN ELAINE OLSON, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY, YAAKOV ROTH; PATRICK L. GARY, Civilian Personnel Litigation Branch, United States Army Litigation Division,

United States Army Legal Service Agency, Fort Belvoir, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2026
Date

Jarrett B. Perlow
Clerk of Court